OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 
 *916
 
 Even if we were to assume, as defendant contends, that his
 
 pro se
 
 demand for production or disclosure of the informant encompassed a request for an
 
 in camera
 
 inquiry-in accordance with the procedures outlined in
 
 People v Darden
 
 (34 NY2d 177, 181), the People’s inability to produce her at the hearing the Appellate Division directed did not mandate suppression of the items seized at the time of defendant’s arrest. For the record supports both the finding that the informant existed and that the People made diligent efforts to comply with the direction to find her (cf.
 
 People v Jenkins,
 
 41 NY2d 307). Nor was it an abuse of discretion to deny the hearing. In sum, we find no reason to overrule the determination that, even absent disclosure, there was a sufficient showing of probable cause
 
 (People v Leyva,
 
 38 NY2d 160, 172).
 

 Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Fuchsberg, Meyer and Simons concur.
 

 Order affirmed in a memorandum.